IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LIESA KELSEY,<br><br>            Plaintiff,<br><br>v.<br><br>CLINTON ARNOLD, and EMPRO PROFESSIONAL EMPLOYER SERVICES, LLC,<br><br>            Defendants. | Case No. CV-06-184-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

      The Court has before it Defendants' Motion to Dismiss (Docket No. 20). On February 9, 2007 this Court granted Liesa Kelsey's counsel's motion for leave to withdraw as counsel. In that Order, the Court advised Ms. Kelsey that if she failed to appear in this action, either in person or through a newly-appointed attorney, within twenty-one days after her then attorney filed proof of service of the withdrawal order on Ms. Kelsey, the Court would enter default judgment against her or dismiss the action with prejudice.

      Ms. Kelsey has failed to appear in this action within the twenty-one day period. Accordingly, the Court will grant Defendants' motion and dismiss this case with prejudice.

**Memorandum Decision and Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Docket No. 20) shall be, and the same is hereby, GRANTED, and that this action shall be dismissed with prejudice.

The Court will enter a separate Judgment as required by Federal Rule of Civil Procedure 58.



DATED: **April 23, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order - 2**