IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LIESA KELSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTON ARNOLD, and EMPRO ) <br> PROFESSIONAL EMPLOYER ) <br> SERVICES, LLC, ) <br> ) <br> Defendants. ) <br> _____) | Case No. CV-06-184-E-BLW <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Defendants and that this case be dismissed in its entirety.



DATED:  **April 23, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**